Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HARRY EGGLESTON, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. SHINOLA COMPANY, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except Kiley, J., dissenting.